# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMOND BARRY,<br><br>             Plaintiff,<br><br>vs.<br><br>T. FELKER, *et al*.,<br><br>             Defendants. | Case No. 2:08-cv-01722-PMP-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion Requesting This Court to Order and Schedule Discovery Proceeding as to Defendants J. Bishop and N. Albonico, Under F.R.C.P. Civ (26), Civ (33) (#27), filed March 22, 2010.  Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Motion Requesting This Court to Order and Schedule Discovery Proceeding as to Defendants J. Bishop and N. Albonico, Under F.R.C.P. Civ (26), Civ (33) (#27) is **granted**.  Accordingly,

**IT IS FURTHER ORDERED**:

1. The parties may conduct discovery until **August 31, 2010**.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed.R.Civ.P. 31, 33, 34 or 36 shall be served not later than sixty (60) days prior to that date.

2. All pretrial motions, except motions to compel discovery, shall be filed on or before **January 31, 2011.  The Court will not look with favor on requests for extensions of time.**

3. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED this 1st day of April, 2010.

*/s/ George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge