# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DEMOND BARRY,

                Plaintiff,          Case No. 2:08-cv-01722-PMP-GWF

vs.                                     **ORDER**

T. FELKER, *et al.*,                  Motion for Reconsideration (#45)

                Defendants.

       On May 4, 2011, the Court ordered Defendants to produce an unredacted copy of any incident related to the subject incident on July 23, 2007 in facility C of High Desert State Prison to the Court for *in camera* review so that the Court could determine if the reports contained any information relevant to Plaintiff's claim. Defendants complied with the Court's order on May 11, 2011. After reviewing the unredacted incident reports and medical records, the Court finds that the records do not contain relevant information. Accordingly,

       **IT IS HEREBY ORDERED** that Defendants Bishop and Albonico's Notice of Motion for Reconsideration and Memorandum and Points of Authorities in Support of Their Motion for Reconsideration (#45) is **granted** as follows: Defendants' non relevant and confidentiality objections to Plaintiff's request for production no. 2 are upheld. Defendants do not need to respond further to this discovery request.

       DATED this 24th day of May, 2011.

                                                             */s/ George Foley Jr.*
                                                 **GEORGE FOLEY, JR.**
                                                 **United States Magistrate Judge**