UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| TIMOTHY DEMOND BARRY, | |
| Plaintiff, | 2:08-CV-01722-PMP-GWF |
| v. | ORDER |
| T. FELKER, et al., | |
| Defendants. | |

Plaintiff Timothy Demond Barry's Motion for Appointment of Counsel (Doc. #57) is hereby DENIED without prejudice to re-file the Motion with the United States Court of Appeals for the Ninth Circuit.

DATED: March 21, 2012

_____
PHILIP M. PRO
United States District Judge