1

2

3

4   UNITED STATES DISTRICT COURT

5   EASTERN DISTRICT OF CALIFORNIA

6   * * *

TIMOTHY DEMOND BARRY,                       )
7                                           )        2:08-CV-01722-PMP-GWF
            Plaintiff,                       )
8                                           )
    v.                                       )        ORDER
9                                           )
    T. FELKER, et al.,                       )
10                                           )
            Defendants.                      )
11   _____ )

12          Plaintiff Timothy Demond Barry's Motion for Appointment of Counsel (Doc.

13   #57) is hereby DENIED without prejudice to re-file the Motion with the United States

14   Court of Appeals for the Ninth Circuit.

15

16   DATED:  March 21, 2012

17   _____
                                    PHILIP M. PRO
18                                  United States District Judge

19

20

21

22

23

24

25

26