UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| TIMOTHY DEMOND BARRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. FELKER, et al.,<br><br>　　　　Defendants. | 2:08-cv-01722-PMP-GWF<br><br>**ORDER** |

Before the Court is Defendants J. Bishop and N. Albonico's Request for Ruling/Action on Remand (Doc. #61), filed on February 14, 2013. The United States Court of Appeals for the Ninth Circuit entered a Memorandum (Doc. #59) on October 17, 2012, vacating this Court's Order (Doc. #53) and remanding the case for further proceedings consistent with the Memorandum.

**IT IS THEREFORE ORDERED** that Defendants J. Bishop and N. Albonico's Request for Ruling/Action on Remand (Doc. #61) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants J. Bishop and N. Albonico shall re-file their Motion for Summary Judgment, including proper notice under Woods v. Carey, 684 F.3d 934 (9th Cir. 2012), by March 6, 2013.

**IT IS FURTHER ORDERED** that any Response shall be filed not more than 21 days after the date of service of the Motion for Summary Judgment.

1 **IT IS FURTHER ORDERED** that any Reply shall be filed not more than 7 days
2 after the date of service of the Response.

4 DATED: February 19, 2013

_____
PHILIP M. PRO
United States District Judge